UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**SONNY DUCKWORTH,**

   Plaintiff,

v.                     No. 4:22-cv-0014-P

**COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,**

   Defendant.

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 30. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Before the Court is the Motion for Award of Attorney Fees under 406(b) of the Social Security Act. ECF No. 26. The Motion is hereby **GRANTED**. The Court hereby **ORDERS** that Defendant pay Movant's reasonable fees in the amount of $27,612.25 and that such fees be paid out of Plaintiff's past due benefits under 28 U.S.C. § 406(b)(1) and in accordance with agency policy.

The Court therefore **ORDERS** that this case is **DISMISSED with prejudice.**

**SO ORDERED** on this **29th day of December 2025.**

*Mark T. Pittman*
Mark T. Pittman
UNITED STATES DISTRICT JUDGE